UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                                    Case No.  2:24-mj-159

**Andrea Celaya-Rodriguez**

COURTROOM   MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | 3/25/2024 at 1:00 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Heidy Carr |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Stacey MacDonald |
| INTERPRETER: |  | Pretrial/Probation | Leticia Vazquez-Villa |

Initial Appearance

-Dft completed CJA financial affidavit, Counsel appointed.
-Dft advised of rights, charges, and potential penalties
-Government motions Court for detention hearing; Motion granted
-Government advised of Due Process Protections Act Order
-Detention hearing set for March 28, 2024 at 1:30 PM
-Preliminary hearing set for April 5, 2024 at 1:30 PM
-Dft remanded